Honorable: Robert S. Lasnik
Trial Date: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>                Plaintiff,<br><br>v.<br><br>AMHERST COLLEGE, CAROLYN MARTIN, JAMES LARIMORE, TORIN MOORE, SUSIE MITTON SHANNON, and LAURIE FRANKL,<br><br>                Defendant. | No. 16-MC-00128-RSL<br><br>NON-PARTY SANDRA JONES' UNOPPOSED MOTION FOR LEAVE TO SEAL EXHIBIT 2 TO HER MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION FOR A PROTECTIVE ORDER<br><br>NOTE ON MOTION CALENDAR:<br>August 12, 2016 |

Non-Party, Sandra Jones, hereby moves for leave to designate under seal Exhibit 2 to Non-Party Sandra Jones' Motion to Quash Subpoena or in the Alternative Motion for a Protective Order.

**CONFERRAL**

Pursuant to LCR 5(g), counsel for Ms. Jones has conferred with counsel for both parties who do not oppose the relief requested in this Motion.

NON-PARTY SANDRA JONES' UNOPPOSED MOTION FOR LEAVE TO SEAL EXHIBIT 2 TO HER MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION FOR A PROTECTIVE ORDER -1
(16-MC-00128-RSL)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

## MOTION

In support of her Motion, Ms. Jones states that Exhibit 2 to her Motion to Quash Subpoena or in the Alternative Motion for a Protective Order constitutes an un-redacted version of the subpoena *duces tecum* that was served on Ms. Jones by Defendant John Doe in the lawsuit, *John Doe v. Amherst College et. al,* No. 3:15-cv-20097-MAP, in the United States District Court for the District of Massachusetts. This exhibit contains private information designated as confidential in those proceedings. Specifically, the Confidentiality Agreement stipulated to by the parties provides that,

> The parties shall continue to use "John Doe" and "Sandra Jones" for the Plaintiff and disciplinary complainant respectively, in all pleadings and exhibits filed with the Court unless and until the Court modifies its Order allowing Plaintiff's motion to proceed under a pseudonym.

Ex. 1 at 6, Para. 2

Exhibit 2 currently contains the disciplinary complainant's proper name and does not use the pseudonym required by the Confidentiality Agreement. Accordingly, Non-Party Sandra Jones respectfully requests an order sealing the erroneous filing. Ms. Jones has attached a redacted version of Exhibit 2 (Pgs 1, 4) redacting only her proper name that may be filed as part of the public record.

DATED this 1st day of August, 2016.

    *s/John Clune (Pro Hac Vice Pending)*
JOHN CLUNE, Colorado Bar #27684
Attorney for Sandra Jones
**HUTCHINSON BLACK & COOK, LLC**
921 Walnut Street, Ste. 200
Boulder, CO 80302
Phone: (303) 442-6514
Fax: (303) 442-6593
Email: clune@hbboulder.com

NON-PARTY SANDRA JONES' UNOPPOSED MOTION FOR LEAVE TO SEAL EXHIBIT 2 TO HER MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION FOR A PROTECTIVE ORDER -2
(16-MC-00128-RSL)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

| | |
|---|---|
| 1 | _s/Kathryn_ Goater |
| | KATHRYN GOATER, WSBA #9648 |
| 2 | REBECCA J. ROE, WSBA #7560 |
| | Attorney for Sandra Jones |
| 3 | **SCHROETER, GOLDMARK & BENDER** |
| | 810 Third Avenue, Suite 500 |
| 4 | Seattle, WA 98104 |
| | Phone: (206) 622-8000 |
| 5 | Fax: (206) 682-2305 |
| | Email: goater@sgb-law.com |

NON-PARTY SANDRA JONES' UNOPPOSED MOTION FOR LEAVE TO SEAL EXHIBIT 2 TO HER MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION FOR A PROTECTIVE ORDER -3
(16-MC-00128-RSL)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing Motion (with attached exhibits and proposed order) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>Counsel for Amherst College, Carolyn Martin, James Larimore, Torin Moore, Susie Mitton Shannon and Laurie Frankl</u>
Scott A. Roberts (BBO No. 550732)
Tobias W. Crawford (BBO No. 678621)
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02110
(617) 348-4300
sroberts@hrwlawyers.com
tcrawford@hrwlawyers.com
Counsel for Amherst College

<u>Counsel for John Doe</u>
Max D. Stern
Megan C. Deluhery
Hillary Lehmann
Todd & Weld LLP
One Federal Street
Boston, MA 02110
617-720-2626
617-227-5777 (fax)
mdstern@toddweld.com
mdeluhery@toddweld.com
hlehmann@toddweld.com

.

*s/ Alison Mabbutt*
Legal Assistant
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: mabbutt@sgb-law.com

NON-PARTY SANDRA JONES' UNOPPOSED MOTION FOR LEAVE TO SEAL EXHIBIT 2 TO HER MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION FOR A PROTECTIVE ORDER -4
(16-MC-00128-RSL)

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305