HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>AMHERST COLLEGE, CAROLYN MARTIN, JAMES LARIMORE, TORIN MOORE, SUSIE MITTON SHANNON, an LAURIE FRANKL,<br><br>    Defendants. | Case No.: 16-mc-00128-RSL<br><br>DECLARATION OF MEGAN C. DELUHERY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO QUASH SUBPOENA |

I, Megan C. Deluhery, am over the age of 18, have personal knowledge of all the facts stated herein and declare as follows:

1. I am a partner at Todd & Weld LLP, counsel for the Plaintiff in the underlying matter pending in the U.S. District Court for the District of Massachusetts (Civil Action No. 3:15-cv-30097 (the "Underlying Action")). My application to appear *pro hac vice* before this Court will be submitted as soon as the above miscellaneous action converted to a civil action.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Amended Complaint and Jury Demand in the Underlying Action.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings filed in the Underlying Action.

DELUHERY DECLARATION IN SUPPORT OF OPPOSITION TO
MOTION TO QUASH SUBPOENA- 16-mc-00128-RSL
55848-001 \ 2150986.docx
-1-

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

4. Attached hereto as Exhibit C is a true and correct copy of the Memorandum and Order Regarding Non-Party Eric Hamako's Motion for a Protective Order issued by the Magistrate Judge in the Underlying Action on June 17, 2016.

5. Attached hereto as Exhibit D is a true and correct copy of the Confidentiality Agreement among the parties to the Underlying Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Boston, Massachusetts this 10th day of August, 2016.

_____
Megan C. Deluhery (BBO#655564)
TODD & WELD LLP

MEGAN DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO QUASH SUBPOENA- 16-mc-00128-RSL
55848-001 \ 2150986.docx                    -2-

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2016 I caused the foregoing and exhibits attached hereto to be electronically filed with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants for the this miscellaneous action:

Kathryn Goater
Rebecca J. Roe
Schroeter, Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 622-8000
Email: goater@sgb-law.com

Scott Roberts
Tobias W. Crawford
HIRSCH ROBERTS WEINSTEIN LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02110
(617) 348-4300
Emails: sroberts@hrwlawyers.com
tcrawford@hrwlawyers.com

/s/ Elizabeth A. Findley
Elizabeth A. Findley (WSBA #46990)

DELUHERY DECLARATION IN SUPPORT OF OPPOSITION TO
MOTION TO QUASH SUBPOENA- 16-mc-00128-RSL
-3-
55848-001 \ 2150986.docx

STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000