Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>  v.<br><br>AMHERST COLLEGE, CAROLYN MARTIN, JAES LARIMORE, TORIN MOORE, SUSIE METTON SHANNON, and LAURIE FRANKL,<br><br>       Defendants. | No. 16-MC-00128-RSL<br><br>DECLARATION OF JOHN CLUNE IN SUPPORT OF NON-PARTY SANDRA JONES' REPLY IN SUPPORT OF HER MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION FOR A PROTECTIVE ORDER |

I, JOHN CLUNE, declare under penalty of perjury of the laws of the United States of America that the following statements are true and correct and based on personal knowledge.

1. I am one of the counsel of record for Sandra Jones, a non-party in this matter.

2. My local co-counsel are Kathryn Goater and Rebecca Roe with Schroeter Goldmark & Bender.

DECLARATION OF JOHN CLUNE IN SUPPORT OF
NON-PARTY SANDRA JONES' REPLY IN SUPPORT OF
HER MOTION TO QUASH SUBPOENA OR IN THE
ALTERNATIVE MOTION FOR A PROTECTIVE
ORDER – 1

16-MC-00128-RSL

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

**Exhibit**

3. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A | Plaintiff's Opposition to Defendants' Motion for Leave to File "Confidential Documents": Under Seal (Docket No. 75), in *Doe v. Amherst College et al.*, US Dist Ct, Dist of MA, Cause No. C.A. 3:15-cv-30097-MAP. |

I declare under penalty of perjury under the law of the United States of American that the foregoing is true and correct.

Executed at Boulder, Colorado, this 12th day of August , 2016.

*s/John Clune*
JOHN CLUNE, #27684
Attorney for Sandra Jones
**HUTCHINSON BLACK & COOK, LLC**
921 Walnut Street, Ste. 200
Boulder, CO  80302
Phone:  (303) 442-6514
Fax:  (303) 442-6593
Email:  clune@hbboulder.com

DECLARATION OF JOHN CLUNE IN SUPPORT OF NON-PARTY SANDRA JONES' REPLY IN SUPPORT OF HER MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION FOR A PROTECTIVE ORDER – 2

16-MC-00128-RSL

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I have emailed the foregoing to the attorneys listed below.

<u>Counsel for Amherst College, Carolyn Martin, James Larimore, Torin Moore, Susie Mitton Shannon and Laurie Frankl</u>
Scott A. Roberts (BBO No. 550732)
Tobias W. Crawford (BBO No. 678621)
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02110
(617) 348-4300
sroberts@hrwlawyers.com
tcrawford@hrwlawyers.com
Counsel for Amherst College

<u>Counsel for John Doe</u>
Max D. Stern
Megan C. Deluhery
Hillary Lehmann
Todd & Weld LLP
One Federal Street
Boston, MA 02110
617-720-2626
617-227-5777 (fax)
mdstern@toddweld.com
mdeluhery@toddweld.com
hlehmann@toddweld.com

*s/Alison Mabbutt*
Legal Assistant
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206)622-8000
Fax: (206)682-2305
Email: mabbutt@sgb-law.com

DECLARATION OF JOHN CLUNE IN SUPPORT OF NON-PARTY SANDRA JONES' REPLY IN SUPPORT OF HER MOTION TO QUASH SUBPOENA OR IN THE ALTERNATIVE MOTION FOR A PROTECTIVE ORDER – 3

16-MC-00128-RSL

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305